IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WALTER RALPH REEVES,                                             CV. 05-505-MA

         Petitioner,                                ORDER

     v.

BRIAN E. BELLEQUE,

         Respondent.

MARSH, Judge

     Petitioner's unopposed motion to dismiss (#17) is GRANTED. This proceeding is DISMISSED, without prejudice.

     IT IS SO ORDERED.

     DATED this 6___ day of October, 2005.

                                             __/s/ Malcolm F. Marsh_____
                                             Malcolm F. Marsh
                                             United States District Judge